# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05 CV 287-C

| | |
|---|---|
| DIANNE DIAZ, | ) |
|       Plaintiff, | ) |
| v. | )   **ORDER** |
| BANK OF AMERICA CORPORATION, | ) |
|       Defendant. | ) |

**THIS MATTER** is before the Court on the following motions and memoranda:

1. the Plaintiff's "Motion for Extension of Time . . ." (document #7) filed on October 19, 2005, and the Defendant's "Response . . ." (document #8) filed on October 28, 2005;

2. the Plaintiff's "Motion to Set Discovery . . ." (document #9) filed on February 17, 2006, the Defendant's "Opposition . . ." (document #12) filed on March 3, 2006; and the Plaintiff's "Reply . . ." (document #13);

3. the Plaintiff's "Motion Pursuant to Rule 56(f) . . ." (document #15) filed on March 15, 2006, the Defendant's "Opposition . . ." (document #16) filed on March 20, 2006, and the Plaintiff's "Reply . . ." (document #18) filed on March 31, 2006;

4. the Plaintiff's "Motion to Compel" (document #17) filed on March 23, 2006, the Defendant's "Opposition . . ." (document #19), and the Plaintiff's "Reply . . ." (document #21);

5. the Defendant's "Motion for a Protective Order" (document #22) filed on April 14, 2006; and

6. the Defendant's "Motion for Hearing" (document #24) filed on April 14, 2006, and the Plaintiff's "Reply . . ." (document #25) filed on April 14, 2006.

On May 1, 2006, a Status Conference was held in the undersigned's Chambers in which resolution of all of the above outstanding Motions was reached.

**IT IS, THEREFORE, ORDERED** that:

1. The Plaintiff's "Motion for Extension of Time . . ." (document #7) is **DENIED** as moot.

2. The Plaintiff's "Motion to Set Discovery . . ." (document #9) is **GRANTED** in accordance with the Pretrial Order and Case Management Plan issued in this case.

3. The Plaintiff's "Motion Pursuant to Rule 56(f) . . ." (document #15) is **GRANTED** and the Defendant shall have up to and including September 30, 2006 to modify its already filed Motion for Summary Judgment, or to withdraw and refile such Motion, or to notify the Plaintiff of its intention not to modify the existing Motion. Following such action, the Plaintiff shall have the normal response times, as set out in the Pretrial Order and Case Management Plan to respond.

4. The Plaintiff's "Motion to Compel" (document #17) is **GRANTED** as to the terms agreed upon in the May 1, 2006 Status Conference.

5. The Defendant's "Motion for a Protective Order" (document #22) is **DENIED**.

6. The Defendant's "Motion for Hearing" (document #24) is **GRANTED** in that the above-noted Status Conference was held to discuss the relevant Motions.

**SO ORDERED.**

Signed: May 2, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge